IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAYTON PORTER                                                             PLAINTIFF

v.                             No. 4:24-cv-1092-DPM

PET SOLUTIONS, LLC                                                    DEFENDANT

## JUDGMENT

Porter's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 January 2026